## SUPREME COURT.

CHARLES E. BLEECKER and others agt. JAMES G. SMITH.

An affidavit to change the venue, is sufficient, where it states that the witnesses reside in the county. It is unecessary to specify the city, town or village.

*Albany May Circuit*, 1869.
HOGEBOOM, *Justice*.

MOTION by defendant to change the venue to Cortland County.

The affidavit of defendant stated " that Frank M. Benjamin " and others " all of the county Cortland " were material witnesses for him. This was the only specification of the residence of the witnesses. It contained the other usual statements.

EDWARD J. MEEGAN, *Counsel for plaintiffs*

Claims that the affidavit was defective as it failed to specify the city or town or village in which each witness resided. That the general statement of the county was not enough, and cited *Westbrook* agt. *Merritt*, (1 *How.*, *Pr. R.*, 195) ; *Cook* agt. *Finch* (2 *id.* 89) ; and *Van Auken* agt. *Stewart* (2 *id.* 181) :

FRANK M. BENJAMIN, *for defendant*.

HOGEBOOM, J., said : I think where the affidavit specifies the county in which the witnesses reside, it complies with the requirements of the law.

I do not regard it as necessary to specify the city, village or town. I shall therefore overrule the objection to the affidavits and hear the motion.

Motion heard on the merits and a reference ordered.